IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SHAYLENE JO SUCHY,<br><br>　　　　　Defendant. | CR 22-114-BLG-SPW-4<br><br>ORDER |

　　　This order refers Defendant's Unopposed Motion to Change Plea (Doc. 68), pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 59(a), Fed. R. Crim. P., to United States Magistrate Judge Timothy J. Cavan for purposes of scheduling and conducting the change of plea hearing.  Defendant has requested that the change of plea hearing be held at the same time as the detention hearing before Magistrate Judge Timothy J. Cavan on November 15, 2022 at 9:30 a.m.

　　　**IT IS FURTHER ORDERED** that the trial set for December 12, 2022 is **VACATED, for Defendant Shaylene Jo Suchy only**.

　　　DATED this 7th day of November, 2022.

　　　　　　　　　　　　　　　　　　　/s/ Susan P. Watters
　　　　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　　　　United States District Judge